UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION AT DETROIT

UNITED STATES OF AMERICA,

        Plaintiff,

Criminal No. 09-20532
Honorable Patrick J. Duggan

vs.

D-1 ROBERT BOPP,

        Defendant.

_____/

**ORDER FOR FORFEITURE OF $6,000.00
IN LIEU OF 2008 FORD ESCAPE VIN 1FMCU04158KB05892**

**IT IS ORDERED** that, based upon the foregoing Stipulated Preliminary Order of Forfeiture agreed to by the parties,

1. The United States agrees to accept $6,000.00 in a cashier's check remitted by the Defendant's parents, George and Theresa Bopp, made payable to the United States Marshal's Service in lieu of forfeiting the 2008 Ford Escape VIN 1FMCU04158KB058;

2. Robert Bopp's interest in the $6,000.00 made payable to the United States Marshal's Service IS HEREBY FORFEITED IN LIEU OF the 2008 Ford Escape VIN 1FMCU04158KB05892 to the United States;

3. The United States shall publish on the official website www.forfieture.gov , notice of this preliminary order of forfeiture and provide direct notice to any person or entity known to have an alleged interest in the $6,000; and

4. The United States shall have clear title to the $6,000 forfeited lieu of forfeiting the 2008 Ford Escape VIN 1FMCU04158KB058 after all third party petitions have been disposed of or if no third party petitions have been filed.

**IT IS SO ORDERED.**

S/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated: January 20, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 20, 2010, by electronic and/or ordinary mail.

S/Marilyn Orem
Case Manager